AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>CHARLES ZACHARY HOWARD<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) Case No.  6:17-mj- 1240 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 8, 2017__ in the county of __Orange__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Transmitting in interstate commerce a threat to injure the person of another. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

John R. Delegan, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/17/17

_____
*Judge's signature*

City and state: Orlando, Florida    Thomas B. Smith, United States Magistrate Judge
*Printed name and title*

STATE OF FLORIDA

COUNTY OF ORANGE

CASE NO. 6:17-mj- 1240

### AFFIDAVIT

I, John R. Delegan, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent (SA) with the United States Capitol Police (USCP), where I have served since October 2001. I am currently assigned to the Investigations Division Threat Assessment Section. My duties and responsibilities, among other things, include investigating threats made to federal officials. I have attended the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. I have received training and gained experience in search warrant and arrest warrant applications. I have participated in numerous investigations into threats against members of Congress to include violations of 18 U.S.C.§ 875(c).

2. The facts set forth below are based upon my own observations, investigative reports, and information provided to me by other law enforcement agents. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

3. On March 8, 2017, **CHARLES ZACHARY HOWARD** called the Washington, D.C., Office of Congressman A and threatened to kill the Congressman.

4. Specifically, on March 8, 2017, at approximately 6:23 p.m., a voicemail message was left on Congressman A's Congressional voicemail that stated, "Hey [Congressman A], You're a Masonic Freemason Nazi cocksucking faggot. Hey did you know that the KKK evolved from Free Masonary. Do you know who Albert Pike is? The grand architect of the three World Wars. I suggest you prepare for the battle motherfucker and the apocalypse. Cause we're going to hunt your ass down, wrap a rope around your neck, and hang you from a lamppost. You worthless piece of dog shit."

5. After Congressman A's office contacted me, I contacted the Verizon Security Control Center and requested that they conduct a computer search in an attempt to identify the telephone number that left the voicemail because Congressman A's telephone system revealed that the number was "undefined." A short time later, law enforcement received the results of the Verizon computer search, which revealed that the threatening voicemail to Congressman A's office was left by a caller using cellular telephone number (702) xxx-3450.

2

6. Through a variety of law enforcement techniques, I learned that **HOWARD** was the subscriber of cellular phone number (702) xxx-3450 and that he lived in Winter Park, Florida.

7. On the evening of March 13, 2017, I interviewed **HOWARD** along with two other law enforcement officers. Prior to his interview, I advised **HOWARD** that he was not under arrest and could terminate the interview at any time. During the interview, I asked **HOWARD** if he could talk to us about calls he had made to Congressional Offices. **HOWARD** stated he did not have time to talk now but could talk next week. When asked why, he said he was leaving town tomorrow and would not return until Friday.

8. However, **HOWARD** agreed to answer a few questions. When asked if he made any calls to Congressman A's office in Washington, D.C., **HOWARD** stated "No." When asked if he had ever called the other Congressman and Senator's Offices he stated, "No, not at all." Finally, I asked him if he had made any calls to Washington, D.C., for any reason and he replied, "No, I live here in Florida, I have no reason to call DC."

9. When we informed **HOWARD** that we had obtained records to prove he made the calls he stated, he did not want to talk about those calls. **HOWARD** asked if being investigated for making a phone call was a

3

"violation of my 1st Amendment Rights?" I explained that what he said was the concern. **HOWARD** then asked what was said. I told him the threatening statement where he stated in part that he would "hunt down" and "hang" Congressman A by "a lamppost." **HOWARD** then stated, "Well I don't want to volunteer any more information than that."

10. From March 14, 2017, to March 15, 2017, I, along with other law enforcement officers, conducted surveillance around **HOWARD's** residence and observed **HOWARD** around his residence. During this time, we also interviewed a number of people who are familiar with **HOWARD**. Each of these individuals confirmed that **HOWARD's** cellular phone number was (702) xxx-3450. In addition, one person confirmed that **HOWARD** has recently begun to talk about "Freemasons" and discuss a number of "conspiracy theories" associated with the United States Government.

11. On March 16, 2017, I served a court order on AT&T for various phone records. These phone records revealed a number of calls from (702) xxx-3450 to dozens of different United States Congressmen and United States Senators from January 1, 2017, to March 9, 2017. The AT&T records revealed that the phone number (702) xxx-3450 made the threatening call to Congressman A on March 8, 2017, from Winter Park, Florida. Specifically, the AT&T records revealed that the threatening phone call to Congressman A

4

originated from a cell tower in very close proximity to **HOWARD's** residence in Winter Park, Florida. The records also confirmed that the subscriber of (702) xxx-3450 is **HOWARD**.

## CONCLUSION

12. Based on the foregoing facts and evidence, I believe that probable cause exits to issue a criminal complaint charging **CHARLES ZACHARY HOWARD** with transmitting in interstate commerce a threat to injure Congressman A, in violation of 18 U.S.C. § 875(c).

This concludes my affidavit.

John R. Delegan, Special Agent
United States Capitol Police

Sworn to and subscribed before me
This 17 day of March, 2017.

The Honorable Thomas B. Smith
United States Magistrate Judge